UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMY STRACHAN | § | No. 3:14-cv-4138 |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| GC SERVICES, LP, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## MOTION TO DISMISS

AMY STRACHAN (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES, LP., (Defendant), in this case.

RESPECTFULLY SUBMITTED,

Dated: January 16, 2015

By: /s/ Ryan Lee
Ryan Lee
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-861-1390
rlee@consumerlawcenter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2015, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.


By:     /s/ Ryan Lee, Esq.
        Ryan Lee, Esq